UNITED STATES DISTRICT COURT for the
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEPHEN REICH, in his fiduciary capacity as a Trustee for the :
LABORERS LOCAL 754 WELFARE FUND, PENSION FUND, :
SAVINGS FUND, ANNUITY FUND, INDUSTRY ADVANCEMENT : ~~SECOND~~
FUND, NY HEALTH AND SAFETY FUND OF NORTH AMERICA, : ~~AMENDED~~
NYS LECET FUND, NYSLPA FUND, LABORERS' TRAINING FUND, : ~~PROPOSED~~
754 LABOR MANAGEMENT COMMITTEE, and 754/CONTRACTORS : **JUDGMENT**
ORGANIZING & DEVELOPMENT FUND; and STEPHEN REICH as : **BY DEFAULT**
the Business Manager of the LABORERS LOCAL UNION 754, :
:
Plaintiffs, :
: ~~(Karas, J.)~~
- against - :
: (Krause, M.J.)
CASABELLA LANDSCAPING, INC. : 21-CV-9327
:
Defendant. :
:
------------------------------------------------------------X

     PLEASE TAKE NOTICE that this action having been commenced on November 11, 2021 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant, CASABELLA LANDSCAPING, INC., and defendant having answered the Complaint, Amended Complaint, and Second Amended Complaint, but having since abandoned its defense and dismissed its counsel without the appointment of a replacement, it is

     HEREBY ORDERED, ADJUDGED AND DECREED: that plaintiffs have judgment against defendant in the amount of $252,695.58 which includes the following: a) unpaid contributions in the amount of $68,875.71; b) 7.75% interest on outstanding ERISA contributions in the amount of $26,352.87; c) 20% liquidated damages on the unpaid ERISA contributions, in the amount of $29,570.98, since that amount is greater than additional interest on the unpaid ERISA contributions; d) unpaid dues and assessments [non-ERISA contributions,] in the amount of $9,392.14; e) 9% interest on outstanding dues and assessments in the amount of $4,649.50; g) audit costs in the amount of $2,361.42 and h) attorney's fees in the amount of $111,492.96.

Dated: White Plains, New York
     August 29 __, 2023

                                                     *Andrew Krause*
                                            The Honorable Andrew E. Krause, M.J.
                                            Southern District of New York