**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
STEPHEN REICH, in his fiduciary capacity as a
Trustee for the Laborers Local 754 Welfare Fund,
Pension Fund, Savings Fund, Annuity Fund,
Industry Advancement Fund, NY Heath and
Safety Fund of North America, NYS Lecet Fund,
NYSLPA Fund, Laborers' Training Fund, 754
Labor Management Committee, and 754/Contractors
Organizing & Development Fund, et al.,

                         Plaintiffs,
      -against-                                                        21 **CIVIL** 9327 (AEK)

## JUDGMENT

CASABELLA LANDSCAPING, INC., et al.,

                         Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated December 3, 2024, Plaintiffs' motion for a turnover order pursuant to Rule 69(a) and CPLR § 5225(b) (ECF No. 105) is GRANTED. Orange Bank is hereby ORDERED to turn over to Plaintiffs all of the funds of Casabella Landscaping that Orange Bank has in its possession or custody in any of the accounts in which Casabella Landscaping has an interest.

**Dated:**  New York, New York

        December 3, 2024

                                                                 **DANIEL ORTIZ**
                                                           **Acting Clerk of Court**

                                **BY:**    *K. Mango*

                                                           **Deputy Clerk**